DANIEL RODRIGUEZ, ESQ., SBN 096625
M. SCOTT FONTES, ESQ., SBN 139567
CHARLES R. CHAPMAN, ESQ., SBN 115505
**RODRIGUEZ & ASSOCIATES**
2020 EYE STREET, BAKERSFIELD, CA  93301
TELEPHONE (661) 323-1400   FAX (661) 323-0132

Attorneys for Plaintiff JLB, a minor,
by and through his guardian ad litem,
SOPHIA LOPEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JLB, a minor, by and through his guardian ad litem, SOPHIA LOPEZ,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPARTMENT, RICHARD GARCIA, and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 1:09-cv-01447-OWW-GSA<br><br>**ORDER GRANTING APPLICATION OF SOFIA LOPEZ TO BE APPOINTED GUARDIAN AD LITEM FOR MINOR JLB**<br><br>[Fed. R. Civ. Pro. 17(c); Local Rule 17-202(a)] |

///

///

///

///

---

ORDER GRANTING APPLICATION OF SOFIA LOPEZ TO BE APPOINTED GUARDIAN AD LITEM FOR MINOR JLB
- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

The Court having considered the Application of Sofia Lopez for the appointment of a guardian ad litem for JLB, a minor, who is a Plaintiff in the above-entitled action and good cause appearing,

IT IS HEREBY ORDERED that Sofia Lopez be appointed guardian ad litem for JLB in this action.

IT IS SO ORDERED.

DATED:   August 25, 2009        _/s/ OLIVER W WANGER_____
                                U. S. DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com