DANIEL RODRIGUEZ, ESQ., SBN 096625
M. SCOTT FONTES, ESQ., SBN 139567
CHARLES R. CHAPMAN, ESQ., SBN 115505
**RODRIGUEZ & ASSOCIATES**
2020 EYE STREET, BAKERSFIELD, CA  93301
TELEPHONE (661) 323-1400   FAX (661) 323-0132

Attorneys for Plaintiff JLB, a minor,
by and through his guardian ad litem,
SOPHIA LOPEZ

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JLB, a minor, by and through his guardian ad litem, SOPHIA LOPEZ, | Case No. 1:09-cv-01447-OWW-GSA |
| Plaintiff, | |
| vs. | **GRANTING STIPULATION TO CONTINUE HEARING ON MINOR'S COMPROMISE** |
| COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPARTMENT, RICHARD GARCIA, and DOES 1 to 100, inclusive, | |
| Defendants. | |

///
///
///
///

1

2      IT IS HEREBY ORDERED that the hearing on the Petition for Approval of

3  Minor's Compromise currently calendared for hearing on March 19, 2010 at 9:30 a.m. in

4  Courtroom 10 of the above-entitled Court is continued to April 30, 2010 at 9:30 a.m. in

5  Courtroom 10 of said Court.

6

7  IT IS SO ORDERED.

8

9  DATED:   March 17, 2010                    ___/s/ Gary S. Austin_____

10                                             U. S. MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28