DANIEL RODRIGUEZ, ESQ., SBN 096625
CHARLES R. CHAPMAN, ESQ., SBN 115505
**RODRIGUEZ & ASSOCIATES**
2020 EYE STREET, BAKERSFIELD, CA  93301
TELEPHONE:  (661) 323-1400   FAX: (661) 323-0132

Attorneys for Plaintiff JLB

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JLB, a minor, by and through his guardian ad litem, SOPHIA LOPEZ,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPARTMENT, RICHARD GARCIA, and DOES 1 to 100, inclusive,<br><br>　　　　　Defendants.<br>_____ | Case No. 1:09-CV-01447 OWW GSA<br><br>**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**[Fed. R. Civ. Pro. 41(a)(1)(A)(ii)]** |

## **ORDER**

　　IT IS HEREBY ORDERED, pursuant to the stipulation of the parties through counsel, that the above-captioned action shall be and is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with all parties to bear their own fees and costs.

IT IS SO ORDERED.

Dated:   **April 27, 2010**              **/s/ Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE